**IN THE MATTER OF THE PETITION**　　\*　　**IN THE**
**FOR REINSTATEMENT OF**
**SARAH RUTH BARNWELL**　　　　\*　　**COURT OF APPEALS**
**TO THE BAR OF MARYLAND**

　　　　　　　　　　　　　　　　　　　\*　　**OF MARYLAND**

　　　　　　　　　　　　　　　　　　　\*　　**Misc. Docket AG No. 98**

　　　　　　　　　　　　　　　　　　　\*　　**September Term, 2020**

**ORDER**

Upon consideration of the Verified Petition for Reinstatement and Bar Counsel's Consent to Petition for Reinstatement, filed in the above-captioned case, it is this 7th day of June, 2021,

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that Sarah Ruth Barnwell is reinstated as a member of the Bar of Maryland; and it is further

**ORDERED**, that the Clerk of the Court shall replace the name Sarah Ruth Barnwell upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

**ORDERED**, that, within 10 days of the date of this Order, Sarah Ruth Barnwell and Bar Counsel shall enter into a monitor agreement pursuant to Maryland Rule 19-742(e)(2) and 19-752(j)(6), with a monitor acceptable to Bar Counsel, and that the monitor agreement shall remain in effect for a period of one year from the date of its execution.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

　　　　　　　　　　　　　　　　　　　/s/ Robert N. McDonald
　　　　　　　　　　　　　　　　　　　　Senior Judge

Suzanne C. Johnson, Clerk